C. A. D. C. Cir. [Certiorari granted, *ante*, p. 962.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

FEBRUARY 21, 2012

No. 10–7515. PINEDA-MORENO *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Jones, ante,* p. 400.

No. 10–8097. GAGNON *v.* UNITED STATES. C. A. 1st Cir. Reported below: 621 F. 3d 30;

No. 10–8532. DiTOMASSO *v.* UNITED STATES. C. A. 1st Cir. Reported below: 621 F. 3d 17;

No. 10–9385. CURRY *v.* UNITED STATES. C. A. 8th Cir. Reported below: 627 F. 3d 312;

No. 10–10721. FULLER *v.* UNITED STATES. C. A. 2d Cir. Reported below: 627 F. 3d 499;

No. 11–6241. MEFFORD *v.* UNITED STATES. C. A. 8th Cir. Reported below: 417 Fed. Appx. 586; and

No. 11–6500. LUCAS *v.* UNITED STATES. C. A. 8th Cir. Reported below: 419 Fed. Appx. 690. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Reynolds* v. *United States, ante,* p. 432.

No. 11–93. CUEVAS-PEREZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Jones, ante,* p. 400.

No. 11–7605. OPARAJI *v.* NE AUTO-MARINE TERMINAL ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7632. TATE *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.; and TATE *v.* DAVIS ET AL. C. A.

11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7633. PERRY *v.* UNIVERSITY OF ALABAMA AT BIRMINGHAM. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7665. FLORES *v.* HOLDER, ATTORNEY GENERAL. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari before judgment dismissed. See this Court's Rule 39.8.

No. 11–7690. BLACKWELL *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7702. ABULKHAIR *v.* PRUDENTIAL ET AL. Super. Ct. N. J., App. Div. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).*

No. 11–7770. ROBERTSON *v.* CAIN, WARDEN. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7801. MAXWELL *v.* TALLEY ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7883. JARVIS *v.* CHASANOW, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–7887. HUNG HA *v.* NEW YORK CITY HOUSING AUTHORITY ET AL. C. A. 9th Cir.; and